UNITED STATES DISTRICT COURT

Northern District of California

RONALD S ARMSTRONG,

                Plaintiff(s),

   v.

THE BANK OF NEW YORK MELLON,

                Defendant(s).
_____/

No. C 11-04353 MEJ

**ORDER TO SHOW CAUSE**

On September 8, 2011, the Defendants in the above-captioned matter filed a motion to dismiss and motion to strike, with a noticed hearing date of October 20, 2011. (Dkt. Nos. 5, 6.) However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the October 20 hearing and ORDERS Plaintiff Ronald Armstrong to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by October 6, 2011, and the Court shall conduct a hearing on October 20, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 28, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge