Ronald D. Roup (94495) ron@rouplaw.com
Constance S. Trinh (252926) connie@rouplaw.com
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377; Fax: (949) 472-2317

Attorneys for Defendant,
THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-1

**UNITED STATE DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

| | |
|---|---|
| RONALD S. ARMSTRONG, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-1; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  3:11-CV-04353-SC<br>*Assigned to Judge: Honorable Samuel Conti*<br><br>**[PROPOSED] ORDER EXPUNGING LIS PENDENS DUE TO COURT'S ORDER OF DISMISSAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this Court ordered the above-entitled action dismissed without prejudice on October 28, 2011.  A true and correct copy of the Order of Dismissal is attached hereto as **Exhibit A**.  Therefore, the Notice of Pendency of Action pertaining to this action is moot and subject to expungement from the Official Records of Sonoma County.  A true and correct copy of the Notice of Pendency of Action is attached hereto as **Exhibit B**.

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

2      The Lis Pendens recorded on July 25, 2011 as Instrument No. 2011062062 in the Official

3  Records of Sonoma County is **expunged** from the official records, and a copy of this Order may be

4  recorded in the Official Records of Sonoma County as evidence that the herein-referenced Lis

5  Pendens has been expunged.

6      The Lis Pendens concerns the real property commonly known as **3439 Moorland Ave,**

7  **Santa Rosa, CA 95407**, located in Sonoma County with the following legal description:

> "All that certain real property situated in the County of Sonoma, State of California, described as follows:
>
> PARCEL ONE:
>
> Commencing at the Easterly boundary of the Northwestern Pacific Railroad and the Southerly boundary of West Oak Avenue; thence from said Point of Beginning South 89°30′ East 639.00 feet; thence South 11°10′ East 152.00 feet; thence South 1°28′ West a distance of 60 feet and the Point of Beginning of the parcel of land to be herein described; thence from said Point of Beginning and continuing South 1°28′ West a distance of 60 feet; thence North 88°32′ West a distance of 300 feet; thence North 1°26′ East a distance of 60 feet West a distance of 300 feet; thence North 1°26′ East a distance of 60 feet, thence South 88°32′ East a distance of 300 feet to the Point of Beginning.
>
> PARCEL TWO:
>
> An easement fro driveway purposes over a portion, of the lands of Poulsen, as described in that Deed recorded July 6, 1961 in Book 1833 of Official Records, Page 213, Serial No. G-55451, Sonoma County Records, more particularly described as follows:
>
> Commencing at the Easterly boundary of the Northwestern Pacific Railroad and the Southerly boundary of West Oak Avenue; thence from the said Point of Commencement South 89°30′ East 639 feet; thence South 11°10′ East 152 feet; thence South 1°28′ west 272.08 feet to the Point of Commencement of the easement to be herein described; thence from said Point of Commencement North 88°32′ West a distance of 150 feet; thence South 1°28′ West to the North line of the lands described in Book 3369 of Official Records, Page 678, Serial No. 589758, Sonoma County Records; thence Easterly along the said North line 150 feet, more or less, to Moorland Avenue; thence North 1°28′ East 21.89 feet to the Point of Beginning.
>
> Assessor's Parcel Number: 134-111-018"

Dated: <u>November 15, 2011</u>       _____
                                                          District Court Judge